# United States District Court
## Eastern District of California

UNITED STATES OF AMERICA

v.

**CARMEN NECYE GRIFFIN**

(Defendant's Name)

### JUDGMENT IN A CRIMINAL CASE

(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)
Criminal Number: **02:04CR00375-01**

Krista Hart
Defendant's Attorney

## THE DEFENDANT:

[✔] admitted guilt to violation of charge(s) One  as alleged in the violation petition filed on November 22, 2005 .
[ ] was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Unlawful Use of a Controlled Substance | 8/1/05 - 9/19/05 |

The court: [✔] modifies the conditions of supervision heretofore ordered on _May 6, 2005 as follows: The defendant shall reside and participate in a residential community corrections center, facility for a period of 90 days; said placement shall commence as directed by the Probation Officer, pursuant to 18 USC 3563(b) (11). The defendant shall pay cost of confinement ~~and terminate~~ the ~~Bureau of Prisons.~~

The defendant is sentenced as provided in this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

FILED
FEB - 8 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

[✔] Charge 2 is dismissed.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Jan. 27, 2006
Date of Imposition of Sentence

Signature of Judicial Officer

**EDWARD J. GARCIA**, United States District Judge
Name & Title of Judicial Officer

2/7/06
Date