UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
January 17, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:04CR00375EJG |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| CARMEN NECYE GRIFFIN, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __CARMEN NECYE GRIFFIN__ , Case No. __2:04CR00375EJG__ , Charge __Supervise Release Violation__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___  Release on Personal Recognizance

___  Bail Posted in the Sum of $_____

    ___  Unsecured Appearance Bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond with Surety

    ___  Corporate Surety Bail Bond

✔  (Other)   __Conditions as stated on the record.__

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at __Sacramento, CA__ on __January 17, 2007__ at __2:00 pm__.

By   /s/ Gregory G. Hollows
       Gregory G. Hollows
       United States Magistrate Judge

Copy 5 - Court